# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEAMIA POWELL,<br>*Plaintiff*<br>v.<br>HERBERT SLEMP,<br>*Defendant* | Civil Action No. 2:13-cv-0077-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Ninth Circuit Court of Appeals' Memorandum Opinion in this matter (ECF No. 19), judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE pursuant to the Ninth Circuit Court of Appeals' Memorandum Opinion (ECF No. 19).

Date: November 24, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen